## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**INVACARE CREDIT CORPORATION INC.**                    **PLAINTIFF**

**v.**                              **No. 3:14-cv-102-DPM**

**MEDICAL NECESSITIES OF ARKANSAS LLC**              **DEFENDANT**

### ORDER

I recuse.  Defendant's  lawyer, Tommy Fowler, is on my recusal list.

The Clerk shall reassign this case to another Judge drawn at random.

So Ordered.


_____
D.P. Marshall Jr.
United States District Judge

_____
9 July 2014