IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

INVACARE CREDIT CORPORATION, INC.          PLAINTIFF

VS.          CASE NO. 3:14-CV-00102 JM

MEDICAL NECESSITIES OF ARKANSAS, LLC          DEFENDANT

## CONSENT JUDGMENT

On this day, came on to be heard the Plaintiff, appearing by its attorneys, James, House & Downing, P.A., and the Defendant, Medical Necessities of Arkansas, LLC, appearing by its attorney, Thomas Fowler, having admitted the debt as set forth herein and agreed to consent to judgment for the amounts owed.

Thereupon, the cause was submitted to the Court with the evidence introduced by the Plaintiff, from all of which and other matters, proof and things before the Court, the Court doth find that:

The Defendant has admitted the debt as set forth herein, as shown by the signature of Defendant's counsel; the Defendant is indebted to the Plaintiff as follows:

Plaintiff, Invacare Credit Corporation, Inc., is entitled to a judgment against Defendant, Medical Necessities of Arkansas, LLC, for $277,087.60.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED AND ADJUDGED that Plaintiff, Invacare Credit Corporation, Inc., be awarded judgment against Defendant, Medical Necessities of Arkansas, LLC, for Two Hundred Seventy Seven Thousand Eighty Seven and 60/100 Dollars ($277,087.60), with interest from date of judgment until paid at

the rate of 10.0% per annum, with court costs and fees of $589.00, and attorneys' fees in an amount to be awarded by the Court.

       IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

_____
DATE  4/16/15

APPROVED AS TO FORM:

BY: _____
Thomas E. Fowler, Jr. 99005
601 S. Church Street
Jonesboro, AR 72401
Attorney for Defendant
Medical Necessities of Arkansas, LLC

BY: _____
Patrick R. James, ABN82084
801 West Third Street
Little Rock, AR 72203-3585
JAMES, HOUSE & DOWNING, P.A.
Attorney for Plaintiff
Invacare Credit Corporation, Inc.