IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

INVACARE CREDIT CORPORATION, INC.                                    PLAINTIFF

VS.                              CASE NO. 3:14-CV-00102 JM

MEDICAL NECESSITIES OF ARKANSAS, LLC                                 DEFENDANT

ORDER

Pending before the Court is Plaintiff's motion for attorney's fees (Docket No. 21). No response has been filed. Plaintiff is the prevailing party in this action and, pursuant to Ark. Code Ann. §16-22-308 and the factors enumerated in *Chrisco v. Sun Industries, Inc.*, 304 Ark. 227, 800 S.W. 2d 717 (1990), the Court awards the requested $4,629.00 in attorney's fees to Plaintiff.

IT IS SO ORDERED  this 11th day of May, 2015.

_____
James M. Moody Jr.
United States District Judge