## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

INVACARE CREDIT CORPORATION, INC.                                                    PLAINTIFF

v.                                         NO. 3:14cv00102 JM

MEDICAL NECESSITIES OF AR, LLC                                                      DEFENDANT

### ORDER

Pending before the Court is the Plaintiff's Motion to Close Case (Docket No. 34). The motion is GRANTED. The Clerk is therefore Ordered to close the case.

IT IS SO ORDERED this 7th day of February, 2017.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE